**Exhibit A to the Complaint**

**Location:** Alexandria, VA  
**Total Works Infringed:** 65  

**IP Address:** 69.250.249.37  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 6F163C383995F829D551524573789A6FEC5C22D5 | Vixen | 11/18/2018 07:29:13 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 2 | 0430F254E5EEA53B1AB07F2DA6E891E6B73C1D60 | Blacked | 08/29/2018 23:07:17 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 3 | 050511E544A94851EDE7195D2AEE4D38A1102E4D | Tushy | 12/05/2018 05:38:19 | 06/15/2018 | 07/14/2018 | PA0002128159 |
| 4 | 05A7B52E88CC9418AD100770A8B91C7FCBB1C243 | Blacked Raw | 05/15/2018 19:28:33 | 04/22/2018 | 05/24/2018 | PA0002101381 |
| 5 | 06F39379F3307C4AF45B6ED9D488BCD8AD3FFDC1 | Blacked Raw | 07/12/2018 16:17:14 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 6 | 09E4DD5DED8676D79433C09E76F73797D7C23802 | Blacked Raw | 07/12/2018 16:26:36 | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 7 | 0BE253E30E3409643FE15D0029ACC1F71117718C | Vixen | 11/16/2018 22:46:05 | 11/15/2018 | 12/10/2018 | PA0002145829 |
| 8 | 122C6F27C0629FD20EC8AFEAAAD8AF5F852CE154 | Blacked Raw | 07/07/2018 23:11:11 | 07/06/2018 | 07/26/2018 | PA0002112158 |
| 9 | 1C9EF4F47C9DF31FC3FCBF658C0B811B1899F89C | Blacked Raw | 07/08/2018 14:37:51 | 07/01/2018 | 07/26/2018 | PA0002112161 |
| 10 | 1F11AA8DB1D64E7C980693CBD8C37407A6C3963C | Tushy | 12/05/2018 05:39:42 | 03/02/2018 | 04/17/2018 | PA0002116728 |
| 11 | 232A715993302BFA5E2CD6FED71A05699484F79B | Blacked Raw | 07/27/2018 15:50:05 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 12 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | Blacked | 05/15/2018 19:16:46 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 13 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/25/2018 22:29:22 | 08/10/2018 | 09/05/2018 | PA0002135668 |
| 14 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | Blacked | 09/18/2018 20:23:43 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 15 | 2E5F95EB394913BFCFEB9ABEE9C7C035B53AA409 | Blacked | 03/29/2018 15:52:22 | 02/19/2018 | 03/02/2018 | PA0002104735 |
| 16 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/06/2018 17:35:48 | 08/05/2018 | 09/01/2018 | PA0002119682 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/18/2018 07:30:13 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 18 | 38506E94BA819300B3A0C2356A75ACA8BE4A65DB | Blacked | 03/26/2018 15:18:11 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 19 | 3896D6926D371A520A42BA151B77F163A2BB5CB9 | Blacked Raw | 12/04/2018 20:30:06 | 12/03/2018 | 12/31/2018 | 17271449523 |
| 20 | 3D053805CCD7FD3E623BC505E427299B900CCC27 | Blacked Raw | 05/03/2018 15:27:42 | 05/02/2018 | 06/19/2018 | PA0002126647 |
| 21 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 03/29/2018 14:23:55 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 22 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/14/2018 04:27:52 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 23 | 524F82340C2DB6CDF1DD292204ADAF0F98672DC8 | Blacked Raw | 11/19/2018 21:03:53 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 24 | 53F8B69368C78B8EB5BF0D8C234FA70CFE869900 | Blacked | 10/02/2018 21:29:28 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 25 | 5954CA36DA9BD29C667D78C6FA6EE9CFB6C65806 | Vixen | 11/18/2018 07:27:20 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 26 | 59E3177605E126975D3EFD1D354C228B7D3751BA | Blacked | 07/16/2018 16:19:24 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 27 | 5D16EC2FE6C9F9FA9F5476C90525208D413532F1 | Blacked | 07/08/2018 14:41:13 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 28 | 62D04DB1D5F98E200DA8E4DD2744EEB9FB56E9C4 | Blacked | 09/18/2018 20:36:21 | 09/12/2018 | 11/01/2018 | PA0002143426 |
| 29 | 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9 | Blacked Raw | 07/12/2018 16:27:04 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 30 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | Blacked | 05/21/2018 13:55:21 | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 31 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 07/14/2018 15:43:40 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 32 | 6F7F2747E89912D8C18566274565E417A1960FB7 | Blacked | 07/08/2018 14:25:42 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 33 | 7D60A817AEA773BA1EA6BCDAA8EADAB470D7FDC9 | Tushy | 12/03/2018 17:14:47 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 34 | 7EE851E09AB8BD5EB069382157EDEA8F2196F6D3 | Blacked Raw | 10/05/2018 18:01:30 | 08/30/2018 | 10/16/2018 | PA0002127777 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 8351882948C62D782A46CC31F1D0E0205A31412B | Vixen | 08/03/2018 15:33:22 | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 36 | 83E5CC90978D29577233ED709F7716D44CA1DC25 | Blacked | 04/11/2018 15:54:11 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 37 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/05/2018 05:13:25 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 38 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | Blacked Raw | 10/09/2018 19:52:15 | 10/09/2018 | 11/01/2018 | PA0002143427 |
| 39 | 8D2EFF22392159795F468C91719C1C252C255924 | Blacked Raw | 03/26/2018 14:46:55 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 40 | 9264C9D45E80036BD18DE68536548EB844F78794 | Blacked Raw | 10/30/2018 18:45:43 | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 41 | 9444673AEA9CEF75BAFE4E96E8127BD32CC900F5 | Blacked Raw | 09/18/2018 20:35:07 | 09/14/2018 | 11/01/2018 | PA0002143423 |
| 42 | 98F09643766D5D561E986EFEB5BBA4F6BE98517E | Tushy | 06/26/2018 14:44:54 | 06/25/2018 | 08/07/2018 | PA0002132395 |
| 43 | 9A0B4B599E34B148174405F0D2DB2EBD52BB1D86 | Tushy | 11/12/2018 23:21:33 | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 44 | A7B696A97C4BEA852C86BF8A9BEA96CB4C9A3B10 | Blacked Raw | 07/12/2018 16:28:10 | 05/22/2018 | 07/14/2018 | PA0002128073 |
| 45 | A89525172FC31E96791A5091366B3B562DA0B84A | Blacked Raw | 08/25/2018 22:26:52 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 46 | ADE1368B6E46C601134E08553491193B57B6B7C9 | Blacked Raw | 03/26/2018 14:55:12 | 03/18/2018 | 04/17/2018 | PA0002116068 |
| 47 | AF96EE573EB75078F49ABE87BB1FE91A3F15C177 | Blacked | 10/05/2018 18:02:48 | 06/09/2018 | 07/14/2018 | PA0002130453 |
| 48 | B0435B0287D47B692A8610DCF2A03E2D5D644A66 | Blacked Raw | 03/26/2018 15:11:38 | 03/08/2018 | 04/17/2018 | PA0002116094 |
| 49 | B2CC6C343394C4F50E5CFE3B97F6FD3CCA7A7DB7 | Blacked | 03/26/2018 14:50:41 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 50 | B44F69874AA27719B45841F0F734F08CBFFE9091 | Blacked | 05/24/2018 14:47:19 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 51 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 08/25/2018 22:29:32 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 52 | CA0560D2CC3CE0546C8A38C8D7A55089AE430A8E | Blacked | 06/11/2018 14:26:48 | 01/30/2018 | 03/01/2018 | PA0002079186 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | CA2BD24A9E144AAC283890A9F9FBF3997F62FF7D | Blacked Raw | 03/26/2018 15:17:57 | 03/13/2018 | 04/17/2018 | PA0002116738 |
| 54 | D0944B3B26CD699C8CBD1F29C33DEB31C4958BA0 | Blacked | 05/15/2018 19:01:51 | 05/15/2018 | 06/19/2018 | PA0002126654 |
| 55 | D3067E5DE0A31A9EDA6D2B951D124E28EC062477 | Blacked | 03/27/2018 15:51:07 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 56 | D6FF33CDDB5C3C204EA44BFF85934ADA5BAD3B07 | Blacked | 05/06/2018 14:33:55 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 57 | D7D96219F75CB298E2C1029F953017860E5C1004 | Blacked | 06/20/2018 14:42:41 | 06/19/2018 | 07/14/2018 | PA0002130450 |
| 58 | D9D453CA10A11F235D92278E4484BBE5A2B5A9F1 | Blacked Raw | 07/08/2018 14:39:01 | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 59 | DE00285CDC5F2F3A2D02D98133147476F144C14D | Vixen | 07/09/2018 14:00:47 | 07/08/2018 | 07/26/2018 | PA0002112152 |
| 60 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 05/15/2018 19:30:29 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 61 | ECFD0E680E6AF16DD015A4DF32E8DC41969D3A1E | Blacked | 05/24/2018 14:41:07 | 04/25/2018 | 06/19/2018 | PA0002126642 |
| 62 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 07/11/2018 16:16:13 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 63 | F15A3D34FF0FD051292EC25A6DBB3F574863F6E2 | Blacked Raw | 04/18/2018 16:03:30 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 64 | F408E18431674AEB0AC705C5627170E3228A4898 | Blacked | 03/29/2018 15:51:57 | 03/06/2018 | 04/12/2018 | PA0002091581 |
| 65 | FD4B053B28E588D31F2762D6FC81EE67B580D4B6 | Blacked | 11/12/2018 23:40:21 | 11/11/2018 | 11/25/2018 | PA0002136642 |